RECEIVED
MAY 05 2023
U.S. District Court
Middle District of TN

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WAYNE BURKHART,<br><br>      Plaintiff,<br><br>vs.<br><br>DAVID RAUSCH, et al.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)  No. 3:23-CV-00114<br>)<br>)<br>)<br>)<br>) |

## DECLARATION IN SUPPORT OF SERVICE OF PROCESS

Plaintiff, Wayne Burkhard states in this affidavit that:

1. I am the pro se Plaintiff in the above-entitled matter.

2. The Defendant David Rausch was served with a copy of the complaint as appears for the proof of service exhibit.

3. The Defendant Richard Montgomery was served with a copy of the complaint as appears for the proof of service exhibit.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the forgoing is true and correct to the best of my knowledge, information, and belief.

Dated: April 3, 2023.

_____
Wayne Burkhart
22 E. Dufort Road
Slagle, ID 83860

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the forgoing has been sent by U.S. mail, sufficient first-class postage prepaid to:

> Mr. David Rauch
> Director
> Tennessee Bureau of Investigation
> 901 RS Gass Building
> Nashville, TN 37216-2639
>
> Mr. Richard Montgomery
> Chairman
> Tennessee Board of Parole
> Parkway Towers, Suite 1300
> 404 James Robertson Parkway
> Nashville, TN 37243-0850

on this the____ day of April, 2023.

_____
Wayne Burkhart

Wayne Burkhart
22. E Dufort Rd
Sagle Id 83860



CERTIFIED MAIL
7020 1810 0001 1207 7128

  

U.S. POSTAGE PAID
FCM LG ENV
COCOLALLA, ID
83813
APR 24, 23
AMOUNT
$5.65
R2305M147452-9

RECEIVED
MAY 05 2023
U.S. District Court
Middle District of TN

Office of the Clerk
801 Broadway #800
Nashville TN.
37203