IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WAYNE BURKHART ) | |
| ) | |
| v. ) | No. 3:23-cv-0114 |
| ) | |
| DAVID RAUSCH, et al. ) | |

**O R D E R**

The Court is aware that issues similar to those in this case are presently on appeal to the Sixth Circuit Court of Appeals in the case of *Does #1-9 v. Lee*, Case No. 23-5248 (6th Cir.) and the outcome in that case may impact this case. Accordingly, this case is hereby STAYED and the Clerk is directed to ADMINISTRATIVELY CLOSE the case.

Plaintiff's motion regarding service of process (Docket No. 9) is DENIED AS MOOT without prejudice to being refiled or reinstated by the Court should this case proceed. Further, all matters as to service of process on Defendants are stayed pending further proceedings.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge